# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ELMER T. RISNER                                                                                                PLAINTIFF

v.                                            No. 4:05CV00127 JLH

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, *et al.*                                                                          DEFENDANTS

## ORDER

The plaintiff has filed a motion for restraining order, but this case has already been dismissed for failure to prosecute. This case is terminated. Therefore, the motion is DENIED.

IT IS SO ORDERED this 2nd day of August, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE